UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CUDDY LAW FIRM, P.L.L.C.,                                         :
                                                                  :
                              Plaintiff,                          :
                                                                  :      25-CV-02456 (JAV) (VF)
              -v-                                                 :
                                                                  :      ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,                            :
                                                                  :
                              Defendant.                          :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated June 30, 2025, ECF No. 10, the parties were required to file a status letter every 60 days regarding the status of the Cayuga County Supreme Court action.  In accordance with those Orders, the parties were to file a status letter on August 29, 2025.  To date, the parties have not filed the status letter regarding the Cayuga County Supreme Court action.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 22, 2025**.

      SO ORDERED.

Dated: September 15, 2025
       New York, New York

                                              JEANNETTE A. VARGAS
                                              United States District Judge