

# CUDDY LAW FIRM, P.L.L.C.

**ANDREW K. CUDDY**
MANAGING ATTORNEY

**BENJAMIN M. KOPP**
SENIOR ATTORNEY
FEDERAL LITIGATION TEAM LEADER
(NY)
BKOPP@CUDDYLAWFIRM.COM

**PRINCIPAL OFFICE (MAILING ADDRESS)**
5693 SOUTH STREET ROAD
AUBURN, NY 13021
(315) 370-4020

**OFFICES**
VALHALLA, NY | PHILADELPHIA, PA
CLEVELAND, OH | CHARLOTTE, NC

March 4, 2026

Honorable Jeanette A. Vargas
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

**Re:**    **Cuddy Law Firm, P.L.L.C. v. New York City Dept. of Educ.,**
           **Index No. 25-cv-2456-JAV**

Dear Hon. Vargas:

I am counsel for the above Plaintiff in the above-referenced action. It has come to my attention a moment ago that ECF 18-2 inadvertently includes a list of now-prior liens, with the unredacted names of minor children and their parents. I apologize for this error and the associated inconvenience.

Under Fed. R. Civ. P. 5.2, which requires privacy protections of minors in filings, Plaintiff respectfully requests that ECF 18-2 be immediately sealed, or alternatively, if a single attachment cannot be sealed, the entirety of ECF 18 be placed under seal. Once the Court decides, the Court's choice of a redacted copy of either ECF 18-2 or the entire entry, will be filed. Defendant consents to this request.

Thank you for your consideration of this matter.

Respectfully,

s/ Benjamin M. Kopp
Benjamin M. Kopp, Esq.

## MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: March 5, 2026**

The motion to seal is GRANTED. The Clerk of Court is respectfully directed to seal the document at ECF No. 18-2. The Clerk of Court is further directed to terminate the motion at ECF No. 19.