UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

CUDDY LAW FIRM, P.L.L.C.,

Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

----------------------------------------------------------------------X

25-CV-02456 (JAV)

ORDER OF DISMISSAL

JEANNETTE A. VARGAS, United States District Judge:

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: October 9, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge